FILED
IN OPEN COURT

APR 24 2014

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | CRIMINAL No. 1:14-CR-86 |
|---|---|---|
| | ) | |
| v. | ) | Count 1: 18 U.S.C. § 2252(a)(2) |
| | ) | Receipt of Child Pornography |
| MICHAEL SCHNITTKER, | ) | |
| | ) | Count 2: 18 U.S.C. § 2252(a)(4) |
| Defendant. | ) | Possession of Child Pornography |
| | ) | |
| | ) | Forfeiture Notice: 18 U.S.C. § 2253 |

**SUPERSEDING
INDICTMENT**

**April 2014 Term- at Alexandria**

THE GRAND JURY CHARGES THAT:

**COUNT 1**
(Receipt of Child Pornography)

On or about and between April 1, 2010, and November 7, 2013, in Sterling, Virginia, within the Eastern District of Virginia and elsewhere, the defendant, MICHAEL SCHNITTKER, did unlawfully and knowingly receive any visual depiction of a minor engaging in sexually explicit conduct using any means and facility of interstate and foreign commerce, and has been shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed and so shipped and transported, by any means including by computer; to wit: videos and still images depicting minor and prepubescent children engaging in sexually explicit conduct including but not limited to actual and simulated intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area.

(In violation of Title 18, United States Code, Section 2252(a)(2)).

1

## COUNT 2
(Possession of Child Pornography)

On or about and between January 1, 2011, and November 7, 2013, in Sterling, Virginia, within the Eastern District of Virginia, the defendant, MICHAEL SCHNITTKER, did unlawfully and knowingly possess matters which contained any visual depiction of a minor engaging in sexually explicit conduct that has been transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using any materials which have been mailed and so shipped and transported, by any means including by computer; to wit: images depicting minor children engaging in sexually explicit conduct including but not limited to actual and simulated intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area.

(In violation of Title 18, United States Code, Section 2252(a)(4)).

## FORFEITURE NOTICE

Upon a conviction for violating 18 U.S.C Sections 2252(a)(2) or (a)(4), the defendant MICHAEL SCHNITTKER shall forfeit to the United States any and all matters which contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the above violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation, including but not limited to the following:

a. A Generic Computer, SN: WCAM96629744, Seized From SCHNITTKER On November 7, 2013
b. Western Digital My Book Essentials, Seized From SCHNITTKER On November 7, 2013
c. Maxtor One Touch 750 GB External Hard Drive, Seized From SCHNITTKER On November 7, 2013

A TRUE BILL
Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office
GRAND JURY FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: Matt J. Gardner
Assistant United States Attorney

3