# The United States of America

## MIKE SCHNITTKER

is hereby recognized with the

# Exceptional Performance Award

for superior accomplishment and valuable service to the Central Intelligence Agency

Washington, D.C.
July 1995

John Deutch
Director of Central Intelligence

# The United States of America



Michael F. Schnittker

is hereby recognized with the

# Exceptional Performance Award

for superior accomplishment and
valuable service to
the Central Intelligence Agency

Washington, D.C.
July 1993

_____
Director of Central Intelligence

# The United States of America

*presents to*

## Michael F. Schnittker

*this certificate in recognition of*

## Fifteen Years

*honorable service with the*

## Central Intelligence Agency

*George Tenet*
Director of Central Intelligence

*April 1999*