IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL SCHNITTKER, | ) CRIMINAL NO. 1:14-CR-86 |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

UNOPPOSED MOTION TO TERMINATE CONDITION OF BOND

COMES NOW the defendant, MICHAEL SCHNITTKER, by and through counsel, and respectfully requests that this Honorable Court terminate the bond order in this case, pursuant to which his property is held by the Court. On February 14, 2014, Judge Davis issue a bond order releasing Mr. Schnittker on the condition that he post two properties with the court as collateral. ECF Doc. 16, p.2, ¶ 7(k). Mr. Schnittker self-surrendered to the custody of the federal bureau of prisons in early January. As such, the government does not oppose this request. A proposed order is attached.

Respectfully submitted,

MICHAEL SCHNITTKER
By Counsel
_____/s/_____
Cary Citronberg
John Zwerling
LAW OFFICES OF JOHN KENNETH
ZWERLING, P.C.
114 North Alfred Street
Alexandria, VA 22314
703-684-8000 (office)
703-684-9700 (fax)
cary@zwerling.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January 2015, I filed a copy of this motion electronically with the Court, which shall send notification of this filing to all parties.

                                            /s/
                                Cary Citronberg
                                John Zwerling
                                LAW OFFICES OF JOHN KENNETH
                                ZWERLING, P.C.
                                114 North Alfred Street
                                Alexandria, VA 22314
                                703-684-8000 (office)
                                703-684-9700 (fax)
                                cary@zwerling.com