IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

*FILED*
*2016 FEB 18 P 3: 38*
*CLERK US DISTRICT COURT*
*ALEXANDRIA, VIRGINIA*

In re: Sealed Cases Report            )    **UNDER SEAL**
                                      )
                                      )    The Honorable Ivan D. Davis
                                      )

## GOVERNMENT'S MOTION TO VACATE, IN PART, COURT'S ORDER OF FEBRUARY 18, 2016

The United States of America, by undersigned counsel, hereby files this motion to vacate, in part, this Court's Order of February 18, 2016. On that date, the Government filed a motion to unseal with regard to the cases of *United States v. Christine Hayes* – 1:14-mj-65; *United States v. Carl Kruse, Jr.* – 1:14-mj-653; and *United States v. James Ebert Jones* – 1:14-mj-489. Due to a "scrivener's" error, the case of *United States v. Christine Hayes* was wrongly identified as 1:14-mj-65, when in fact it should have been identified as 1:14-mj-651. Therefore, the Government respectfully asks the Court to vacate that portion of its Order pertaining to *United States v. Christine Hayes*. The Government will file a new motion and proposed order regarding *United States v. Christine Hayes* under its correct court number of 1:14-mj-651.

**Conclusion**

The Government requests that this Court's order of February 18, 2016 as it pertains to

1

*United States v. Christine Hayes* only be vacated. An Order to that effect is attached hereto.

Respectfully submitted,

Dana J. Boente

United States Attorney

By: /s/ Lawrence J. Leiser

Lawrence J. Leiser

Assistant United States Attorney

Virginia Bar No. 20308

Counsel for the Government

United States Attorney's Office

2100 Jamieson Avenue

Alexandria, VA 22314

(703) 299-3913 (phone)

(703) 299-3981 (fax)

larry.leiser@usdoj.gov

2

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: Sealed Cases Report | ) | UNDER SEAL |
| | ) | |
| | ) | The Honorable Ivan D. Davis |

### ORDER

For good cause shown by the Government, it is hereby

**ORDERED** that this Court's Order of February 18, 2016, to unseal the cases of *United States v. James Ebert Jones* – 1:14-mj-489; *United States v. Carl Kruse, Jr.* – 1:14-mj-653; and *United States v. Christine Hayes* – 1:14-mj-651 (wrongfully cited as 1:14-mj-65) is hereby vacated, in part, only as it pertains and references the case of *United States v. Christine Hayes* – 1:14-mj-651 in order to enable the Government to file a new motion with the correct case number in the matter of *United States v. Christine Hayes.*

**IT IS SO ORDERED.**

ENTERED this ___ day of February, 2016
Alexandria, Virginia

_____
Ivan D. Davis
United States Magistrate Judge