FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

2017 JAN 30 P 2: 53

CLERK US DISTRICT COURT
Alexandria Division    ALEX...

| | | |
|---|---|---|
| In re: Sealed Case Report | ) | 1:14MJ65 |
| *United States v. Michael Schnittker* | ) | 1:14CR86 |
| | ) | |
| | ) | The Honorable Ivan D. Davis |
| | ) | |
| | ) | **UNDER SEAL** |

## GOVERNMENT'S RESPONSE PURSUANT TO COURT'S ORDER OF JANUARY 1, 2017, AND REQUEST TO REMOVE SEAL

The United States of America, by undersigned counsel, hereby files this response pursuant to this Court's Order of January 1, 2017. In that Order, the Court directed the Government to review the above-captioned matter which is currently "under seal" to determine whether it should continue to remain sealed. In response to that Order, the Government states that in the matter *United States v. Michael Schnittker*, this case can be unsealed, except for the original affidavit (Dkt. #4), Motion to Seal (Dkt. #5), sealing Order (Dkt. #6), and Sealed Statement of Reasons (Dkt. #76) all of which would disclose information that could be detrimental to the defendant. The Affidavit in this case contains PII and has been redacted in order for the case to be unsealed. A copy of a redacted version of the Affidavit is attached.

1

**Conclusion**

The Government requests that, for good cause shown, the Court unseal the case, except for any the original Affidavit, materials relating to sealing the matter and sentence reduction materials, which should continue to remain under seal. The original Affidavit contains PII and therefor a redacted version is attached to this Response. An Order to that effect is attached hereto.

Respectfully submitted,

Dana J. Boente
United States Attorney

By: /s/
Lawrence J. Leiser
Assistant United States Attorney
Virginia Bar No. 20308
Counsel for the Government
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3913 (phone)
(703) 299-3981 (fax)
larry.leiser@usdoj.gov