IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| In re: Sealed Case Report | ) | 1:14MJ65 |
| *United States v. Michael Schnittker* | ) | 1:14CR86 |
| | ) | |
| | ) | The Honorable Ivan D. Davis |
| | ) | |
| | ) | **UNDER SEAL** |

## ORDER

By the Government's response to this Court's Order dated January 1, 2017and for good cause shown, it is hereby

**ORDERED** that the case of *United States v. Michael Schnittker*, 1:14MJ65 be unsealed, except for the original Affidavit, Docket #4, Motion to Seal, Docket #5, Order, Docket #6, and Sealed Statements of Reasons, Docket #76.

**IT IS SO ORDERED**.

ENTERED this ___ day of January, 2017.
Alexandria, Virginia

_____
The Honorable Ivan D. Davis
United States Magistrate Judge