REDACTED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | 1:14-MJ-65 |
| | ) | |
| MICHAEL SCHNITTKER | ) | |
| | ) | **UNDER SEAL** |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Kimberly Kroemeke, being duly sworn, depose and state:

1. Your Affiant is a Special Agent with United States Homeland Security Investigations (HSI) directorate of Immigration and Customs Enforcement ("ICE"), currently assigned to the Office of the HSI, Washington, D.C. (HSI DC). I have been employed by ICE since 2007 and have investigated crimes relating to the sexual exploitation of children since approximately May 2009. I have basic and on-the-job training in this investigative area. I have participated in federal, multi-jurisdictional, and international investigations and have participated in the execution of several search warrants. Moreover, I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ICE Special Agent Training program. I am responsible for enforcing federal criminal statutes involving the sexual exploitation of children pursuant to Title 18 United States Code, Sections 2251, 2252, and 2252A.

2. This affidavit is made in support of a criminal complaint and arrest warrant charging MICHAEL SCHNITTKER with knowingly receiving child pornography in violation of Title 18 U.S.C. §2252(a)(2).

1

3. The statements contained in this Affidavit are based on your Affiant's training, experience and background as a Special Agent working in the area of child exploitation and on information provided by other law enforcement agents, along with data and reports that your Affiant has reviewed. Your Affiant has not set forth every fact resulting from the investigation; rather your Affiant has set forth a summary of the investigation to date to establish probable cause to believe that SCHNITTKER has knowingly received child pornography in violation of Title 18 U.S.C. §2252(a)(2).

## DETAILS OF INVESTIGATION

4. On March 4, 2013, your Affiant identified a target IP address on the eDonkey network with suspect child pornography files available for sharing. The eDonkey network is one of several peer-to-Peer file sharing (P2P) networks currently operating on the Internet.

5. P2P is a method of communication available to Internet users through the use of special software, which may be downloaded from the Internet. In general, P2P software allows a user to set up files on a computer to be shared with others running compatible P2P software. When a user initially logs onto the P2P network, a list of the files that the user is sharing is transmitted to the network. The P2P software then matches files in these file lists to keyword search requests from other users. Thus, all files placed in that user's "shared" folder are available to anyone on the world-wide P2P network for download.

6. The target IP address, identified as 108.28.240.109 ("Subject IP"), was logged by law enforcement software as having approximately 185 suspect child pornography images [handwritten] on March

2

4, 2013. The GUID associated with the Subject IP was 167EB601490EBD8FC7634EB70CBE6FFC (hereinafter "Target GUID").[1]

7. On March 6, 2013, your Affiant established a direct connection with the Subject IP and downloaded a partial suspect child pornography video file. Your Affiant reviewed the file and determined that it depicted child pornography. The title of the video file was "ls magazine – two Russian girls 8 yo (ls models)_New_New" and the video was 1 minute and 5 seconds in length. The video showed two nude prepubescent female minors posing in various positions in what appears to be a living room. The poses included bending over at the waist and sitting on a chair with their legs spread. The female minors' vagina and anus were clearly visible in the video.

8. Verizon FIOS ("Verizon") records confirmed that Verizon owns the Subject IP. Verizon records revealed that, between July 20, 2012 and March 14, 2013, the Subject IP was continuously assigned to Sununta SCHNITTKER at ███████ ███ Sterling, Virginia (hereinafter "Subject Premises").

9. Information from the Consolidated Lead Evaluation and Reporting (CLEAR) database and the Virginia State Police Fusion Center (VFC) likewise associated Michael SCHNITTKER with the Subject Premises.

10. Based on the above information, the search warrant was issued for the Subject Premises and agents executed the search warrant on November 7, 2013.

---

[1] The Globally Unique Identifier (GUID) is a series of letters and numbers assigned to a computer when a file-sharing client is installed on a computer. The GUID will remain the same even if the user utilizes a different IP address. This allows law enforcement to track IP addresses across the Internet even when a user receives different IP addresses from the ISP.

11.   SCHNITTKER was home with his adult daughter when the search commenced but declined to speak with agents. While SCHNITTKER and his daughter were discussing the search warrant aloud in the dining room, HSI agents overheard SCHNITTKER mention that he downloaded batches of files from a peer-to-peer file-sharing application called eMule. SCHNITTKER stated he downloaded the files from his desktop computer in the basement.

12.   Agents seized numerous electronic media, including computers, hard drives, CDs, DVDs, and memory cards. Forensic analysis conducted on a majority of the media revealed 24 suspect child pornography files on the generic desktop computer located in the basement and numerous suspect child pornography files on several hard drives that were attached to the desktop computer.

13.   One of the suspect child pornography files located on the generic desktop computer had the file name "9yo Jenny nude with legs spread wide apart showing pussy – underage lolita r@ygold pthc ptsc ddogprn pedo young child sex preteen hussyfan kiddie kiddy porn(1).jpg". According to the computer's settings, the file was created on December 19, 2010 and last accessed on October 13, 2013. The image depicted a nude prepubescent female minor lying down on a bed. The female minor's hands and legs are bound with yellow rope. The female minor's legs are spread apart and her vagina is clearly visible in the picture.

14.   Another of the suspect child pornography files located on the generic desktop computer had the file name "mg7-166.jpg". According to the computer's settings, the file was created and last accessed on June 30, 2013. The image depicted a female minor with the erect penis of an adult male in her mouth.

4

15. Based upon the foregoing, your Affiant respectfully submits that there is probable cause to believe that SCHNITTKER knowingly received child pornography from the Internet in violation of Title 18 U.S.C. §2252(a)(2) and respectfully requests this Court to issue a criminal complaint and arrest warrant.

Respectfully submitted,

/s/
Special Agent Kimberly Kroemeke
Homeland Security Investigations

SUBSCRIBED TO AND SWORN TO
BEFORE ME THIS 5th DAY
OF FEBRUARY 2014.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

The Honorable Theresa Carroll Buchanan
United States Magistrate Judge
Alexandria, Virginia

Submitted by Matthew Gardner
Assistant United States Attorney

5